United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-15600-mdc
Yelena Abigale Bond                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore      Page 1 of 2       Date Rcvd: Sep 18, 2018
                          Form ID: 138NEW      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db             +Yelena Abigale Bond,   145 Mohawk Drive,   Richboro, PA 18954-1223
cr             +Ocwen Loan Servicing, LLC,   Robertson, Anschutz, Shcneid P.L.,   6409 Congress Ave,
                 Suite 100,   Boca Raton, fl 33487-2853
13575767       +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
13590925        American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13575768       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,   Attention: Recovery Department,
                 4161 Peidmont Pkwy.,   Greensboro, NC 27410)
13644008       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13575769       +Bby/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
13575772       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
                 Kansas City, MO 64195)
13575770       +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13575773       +Citibank/The Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                 Saint Louis, MO 63179-0040
13575775       +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
13575776       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13661682       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)
13575778        Ocwen Loan Servicing L,   PO Box 24738,   West Palm Beach, FL 33416-4738
13575780        Wells Fargo,   PO Box 660930,   Dallas, TX 75266-0930
13920178        eCAST Settlement Corporation,   PO Box 29262,   New York NY 10087-9262
13612048        eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:11
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:51:32     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13580185        E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13575774       +E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13575777       +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:31     GECRB/Lowes,
                 Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13614234       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2018 02:39:22     Midland Credit Management, Inc.,
                 as agent for  MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13624031        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:35
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13632511       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2018 02:39:33     Premier Bankcard, LLC,
                 c/ o Jefferson Capital Systems LLC,   PO Box 7999,   Saint Cloud MN 56302-7999
13581598        E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2018 02:52:37
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13575779       +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:00     Syncb/floor & Decor,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13575771        Chase Mortgage - husband's name only
```
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2               Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Yelena Abigale Bond msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Yelena Abigale Bond
    Debtor(s)

Bankruptcy No: 15–15600–mdc
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18

32 – 31
Form 138_new