Certificate Number: 15317-PAE-DE-031672747

Bankruptcy Case Number: 15-15600



15317-PAE-DE-031672747

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2018, at 8:12 o'clock PM PDT, Yelena Bond completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 25, 2018               By:    /s/Rose Benito

                                         Name:  Rose Benito

                                         Title: Counselor